02-12-080-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00080-CV

 

 


 
 
 Kirk Wied
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Sequoyah Financial, LLC An Oklahoma Limited
 Liability Company
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 96th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant Kirk Wied's Unopposed Motion To Dismiss.”  It is the
court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

 

                                                                             PER
CURIAM

PANEL: 
GARDNER,
WALKER, and MCCOY, JJ. 


 

DELIVERED: 
March 15, 2012 









[1]See Tex. R. App. P. 47.4.